UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

VITO LELLA and ALEX XENIDIS,

Plaintiffs,

v.

ZEROFOX HOLDINGS, INC., JAMES FOSTER, TODD HEADLEY, SAMSKRITI KING, ADAM GERCHEN, THOMAS KELLY, TERESA H. SHEA, BARBARA STEWART, and PAUL HOOPER,

Defendants.

Case No. 1:24-cv-02716

**NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i)**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss the above-titled action without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 22, 2024

Respectfully submitted,

**WOHL & FRUCHTER LLP**

By: /s/ *Joshua E. Fruchter*
Joshua E. Fruchter (JF2970)
25 Robert Pitt Drive, Suite 209G
Monsey, NY 10952
Tel: (845) 290-6818
Fax: (718) 504-3773
Email: jfruchter@wohlfruchter.com

*Attorneys for Plaintiffs*